UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br>        Plaintiff, ) <br>        v. ) <br> MAX WENCL, ) <br>        Defendant. ) <br> _____ ) | CASE NO.   CR06-111 RSM <br><br> DETENTION ORDER |

Offense charged:

    Possession of a Stolen Postal Arrow Key.

Date of Detention Hearing: September 11, 2006

    The Court, having conducted a contested detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community. The Government was represented by John Lulejian. The defendant was represented by Ralph Hurvitz.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

    (1)  Defendant's criminal history includes three prior identity theft convictions beginning from the year 2002.  The defendant therefore poses an economic risk to the community.

    (2)  Prior court history involves five failures to appear, two as recent as 2006. There is an active bench warrant pending.

DETENTION ORDER
PAGE -1-

(3) The defendant's substance abuse problems, to which he admitted involves methamphetamine, causes the Court concern as posing a risk to the community.

Thus, there is no condition or combination of conditions that would reasonably assure future court appearances.

**It is therefore ORDERED:**

(l) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 11th day of September, 2006.

MONICA J. BENTON
United States Magistrate Judge